# NO. 12-18-00305-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MARTIN REYNOLDS, JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On November 5, 2018, Martin Reynolds, Jr. filed this original proceeding to challenge Respondent's failure to sign and file a written order granting or denying his pretrial application for writ of habeas corpus.[1] The Real Party in Interest, the State of Texas, subsequently filed a response to Reynolds's petition and informed this Court that Respondent signed and filed an order denying Reynolds's application for writ of habeas corpus.

In her order, Respondent determined that Reynolds's application for writ of habeas corpus is premature, rejected his constitutional challenge to Section 9.31(b)(5)(A) of the Texas Penal Code, and denied both the application and motion to quash the indictment. The order is dated November 5, 2018. Thus, Reynolds has obtained the relief sought in his petition for writ of mandamus. Accordingly, we ***dismiss*** the petition for writ of mandamus as ***moot***.

Opinion delivered December 12, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] Respondent is the Honorable Christi J. Kennedy, Judge of the 114th District Court in Smith County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 12, 2018**

**NO. 12-18-00305-CR**

**MARTIN REYNOLDS, JR.,**
Relator
V.

**HON. CHRISTI J. KENNEDY,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Martin Reynolds, Jr.; who is the relator in Cause No. 114-0005-18, pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on November 5, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

2